**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA         :    08 Mag. 883

      v.                         :    **NOTICE OF INTENT TO**
                                            **FILE AN INFORMATION**

PETER SCAMINACI,                 :

           Defendant.       :

- - - - - - - - - - - - - - - - X

**JUDGE SULLIVAN**

**08 CRIM 763**

       Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
         August 8, 2008

                                MICHAEL J. GARCIA
                                United States Attorney

              By: _____
                  MICHAEL D. MAIMIN
                  Assistant United States Attorney

                  AGREED AND CONSENTED TO:

              By: _____
                  ALAN M. NELSON, ESQ.
                  Attorney for Peter Scaminaci

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/11/08

8/11/08   WHEEL A