UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA        :        08 Cr. ___ (RJS)

      v.                            :        **WAIVER OF INDICTMENT**

PETER SCAMINACI,                :

           Defendant.         :

- - - - - - - - - - - - - - - - X

        The above-named defendant, who is accused of violating Title 21, United States Code, Sections 812, 841(a)(1)m 841(b)(1)(B) and 846, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by Indictment and consents that the proceeding may be by Information instead of by Indictment.

[USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: AUG 14 2008]

_____
PETER SCAMINACI
Defendant

_____
Witness

_____
ALAN M. NELSON, ESQ.
Counsel for Defendant

Date:  New York, New York
      August 14, 2008

0202

Stamp: 08 CRIM 763